CORSON CONSTRUCTION CORPORATION, Appellant, v. MICHAEL DIMPERIO, Respondent.— Action on an agreement which provides that defendant, as subcontractor, will indemnify plaintiff, as contractor, against loss or damage by reason of or on account of the operations of defendant, etc. After trial the complaint was dismissed on the merits. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Johnston, JJ.

THOMAS DALY, Respondent, v. WILLIAM GUIDERA and Others, Defendants, and FIELDWOOD REALTY CO., INC., Appellant. (Action No. 1.) THOMAS DALY, Respondent, v. WILLIAM GUIDERA and Others, Defendants, and FIELDWOOD REALTY CO., INC., Appellant. (Action No. 2.)— Judgments in actions of foreclosure unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Johnston, JJ.

WALTER DOWNS, as Administrator, etc., of HENRY C. DOWNS, Deceased, Respondent, v. WESTERN UNION TELEGRAPH COMPANY and Another, Appellants.— Judgment in favor of plaintiff in a death action reversed on the facts and a new trial granted, with costs to appellants to abide the event, unless within ten days from the entry of the order herein respondent stipulate to reduce the amount of the verdict to $15,000, with interest and costs; in which event the judgment as so reduced is unanimously affirmed, without costs. In our opinion the verdict of $20,000 is excessive. Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ., concur.

HENRY J. FARRELL, Respondent, v. JAMES J. MACKIN, Appellant, and THE WESTERN UNION TELEGRAPH COMPANY, Defendant.— Order denying defendant Mackin's motion to vacate order for substituted service and to set aside the service of the summons pursuant thereto in an action for libel, affirmed, with ten dollars costs and disbursements, with leave to said defendant to answer within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ., concur.

MARGARET DUANE FLEMING, Respondent, v. RAOUL P. FLEMING, Appellant.— Order denying defendant's motions to vacate and set aside an order of publication and an order of sequestration affirmed, with ten dollars costs and disbursements, with leave to answer within twenty days from the entry of the order herein. No opinion. Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ., concur.

ARTHUR J. FOLEY, and Another, Appellants, v. REALTY ASSOCIATES, INC., Respondent.— Order reversed on the law, with ten dollars costs and disbursements, and motion to dismiss the complaint denied, with ten dollars costs, with leave to answer within ten days from the entry of the order herein. In our opinion, the complaint states a cause of action at law for the recovery of the moneys paid by plaintiffs, pursuant to the terms of the contract. The defendant divested itself of title to the premises at a time when, as alleged in the complaint, plaintiffs had performed all the terms of the contract on their part, and thereby defendant breached its contract and, hence, an offer or tender by plaintiffs was unnecessary (Smith v. Rogers, 42 Hun, 110; James v. Burchell, 82 N. Y. 108.) The demand for equitable relief in the prayer for judgment does not affect the properly stated cause of action for damages. Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ., concur.